FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONJIA C., <br><br> Petitioner, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Respondent. | No.   2:17-CV-00234-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's July 9, 2018 Report and Recommendation, ECF No. 19, recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation, the pleadings, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. The Court therefore adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 19**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

**3.** Defendant's Motion for Summary Judgment, **ECF No. 17**, is **GRANTED**.

**4.** The Clerk's Office is directed to **ENTER JUDGMENT** for the Defendant and **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 27th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge